IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DARRIN DUNSTON,

      Plaintiff,                               No. 2:12-cv-0650 KJN

      v.

COMMISSIONER OF SOCIAL SECURITY,

      Defendant.                          ORDER TO SHOW CAUSE

             On August 24, 2012, plaintiff filed a motion for summary judgment. (Dkt. No. 15.)[1] According to the court's March 20, 2012 scheduling order, "[d]efendant's opposition to a motion for summary judgment and/or remand, if any, shall be filed within 30 days from service of plaintiff's motion." (Dkt. No. 5 at 2.) The court's record shows that although that deadline has now passed, defendant failed to file an opposition or seek an extension of the deadline to file an opposition.

             The court's scheduling order in this matter expressly states that "[t]he court will not contact counsel or the parties to remind them of these scheduling deadlines. Failure to adhere

---

[1] This case was referred to the undersigned pursuant to E.D. Cal. L.R. 302(c)(15) and 28 U.S.C. § 636(c), and both parties voluntarily consented to proceed before a United States Magistrate Judge. (Dkt. Nos. 9, 11.)

1

to [the deadlines] may result in sanctions...." (Dkt. No. 5 at 3.) Requests to modify the scheduling order must be made by written motion. (Id. at 4.) Local Rule 110 further provides that "[f]ailure of counsel or of a party to comply with these Rules or with any order of the Court may be grounds for imposition by the Court of any and all sanctions authorized by statute or Rule or within the inherent power of the Court." E.D. Cal. L.R. 110.

Accordingly, IT IS HEREBY ORDERED that:

1. Within 21 days of this order, defendant's counsel shall show cause in writing why he failed to file a timely opposition to plaintiff's motion for summary judgment.

2. Within 21 days of this order, defendant shall file an opposition or statement of non-opposition to plaintiff's motion for summary judgment.

3. Failure to file the required written response and an opposition (or statement of non-opposition) to plaintiff's motion for summary judgment in accordance with this order will be deemed a statement of non-opposition to the pending motion and consent to the granting of the motion for summary judgment, and shall constitute an additional ground for the imposition of appropriate sanctions, including an order summarily granting plaintiff's motion for summary judgment.

IT IS SO ORDERED.

DATED: October 31, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE