IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DARRIN DUNSTON,

        Plaintiff,                  No. 2:12-cv-650 KJN

     v.

COMMISSIONER OF SOCIAL         <u>ORDER</u>
SECURITY,

        Defendant.
_____/

        On November 1, 2012, the court issued an order requiring defendant's counsel, within 21 days of that order, to show cause in writing why he failed to file a timely opposition to plaintiff's motion for summary judgment. (Dkt. No. 16.) On November 8, 2012, defendant's counsel filed a response to the order to show cause, apologizing and admitting that he had made a calendaring error and had overlooked the electronic notification of plaintiff's motion for summary judgment. (Dkt. No. 17.) Defendant's counsel also filed defendant's opposition and cross-motion for summary judgment contemporaneously with the response to the order to show cause. (Dkt. No. 18.)

////

////

////

1

In light of the above showing, IT IS HEREBY ORDERED that the November 1, 2012 order to show cause is DISCHARGED.  Defendant's counsel is cautioned that any future failure to comply with the court's orders/deadlines and Local Rules may result in the imposition of any appropriate sanctions.

IT IS SO ORDERED.

DATED:  November 9, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

2