1  BENJAMIN B. WAGNER
   United States Attorney
2  DONNA L. CALVERT
   Acting Regional Chief Counsel, Region IX
3  Social Security Administration
   THEOPHOUS H. REAGANS 189450
4  Special Assistant United States Attorney

5       160 Spear Street, Suite 800
        San Francisco, California 94105-1545
6       Telephone:  (415) 977-8938
        Facsimile:  (415) 744-0134
7       E-Mail: Theophous.Reagans@ssa.gov

8  Attorneys for Defendant

9                          UNITED STATES DISTRICT COURT

10                        EASTERN DISTRICT OF CALIFORNIA

11                              **SACRAMENTO DIVISION**

12

13  DARRIN DUNSTON,                    )
                                       )   CIVIL NO. 2:12-CV-0650 KJN
14       Plaintiff,                    )
                                       )   **STIPULATION AND ORDER SETTLING**
15       v.                            )   **ATTORNEY'S FEES PURSUANT TO**
                                       )   **THE EQUAL ACCESS TO JUSTICE ACT,**
16  COMMISSIONER OF                    )   **28 U.S.C. § 2412(d)**
    SOCIAL SECURITY,                   )
17                                     )
                                       )
18       Defendant.                    )
    _____)

19

20       IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel,

21  subject to the approval of the Court, that Plaintiff be awarded attorney fees under the Equal Access to

22  Justice Act (EAJA), 28 U.S.C. § 2412(d), in the amount of SIX THOUSAND THREE HUNDRED

23  DOLLARS ($6,300.00).  This amount represents compensation for all legal services rendered on behalf

24  of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. § 2412(d).

25       After the Court issues an order for EAJA fees, expenses and costs to Plaintiff, the government

26  will consider the matter of Plaintiff's assignment of EAJA fees and expenses and costs to Plaintiff's

27  attorney.  Pursuant to *Astrue v. Ratliff*, 130 S. Ct. 2521 (2010), the ability to honor the assignment will

28  depend on whether the fees, expenses and costs are subject to any offset allowed under the United States

Department of the Treasury's Offset Program. After the order for EAJA fees, expenses and costs is entered, the government will determine whether they are subject to any offset.

Fees, expenses and costs shall be made payable to Plaintiff, but if the Department of the Treasury determines that Plaintiff does not owe a federal debt, then the government shall cause the payment of fees, expenses and costs to be made directly to Joseph Fraulob, pursuant to the assignment executed by Plaintiff. Any payments made shall be delivered to Plaintiff's counsel.

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees, expenses and costs, and does not constitute an admission of liability on the part of Defendant under the EAJA. Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Plaintiff and/or Plaintiff's counsel may have relating to EAJA attorney fees and expenses and costs in connection with this action.

This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney fees under 42 U.S.C. § 406, subject to the provisions of the EAJA.

Respectfully submitted,

Dated: September 5, 2013  
*/s/ Joseph Fraulob*  
JOSEPH FRAULOB  
Attorney for Plaintiff  
[as authorized by email]

Dated: September 5, 2013  
BENJAMIN B. WAGNER  
United States Attorney  
DONNA L. CALVERT  
Acting Regional Chief Counsel, Region IX  
Social Security Administration

By:   */s/ Theophous H. Reagans*  
THEOPHOUS H. REAGANS  
Special Assistant U.S. Attorney

Attorneys for Defendant

**ORDER**

APPROVED AND SO ORDERED:

DATED:  September 17, 2013

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE