UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRIN DUNSTON, | No. 2:12-cv-0650-KJN |
| Plaintiff, | |
| v. | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

On November 25, 2015, plaintiff's counsel filed a motion for attorneys' fees. (ECF No. 27.) In light of that filing, IT IS HEREBY ORDERED that:

1. The Commissioner shall file its advisory response to that motion no later than January 15, 2016.
2. Thereafter, the matter will be submitted on the record and written briefing pursuant to Local Rule 230(g), with a written order to follow.

IT IS SO ORDERED.

Dated:  December 3, 2015

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1