BENJAMIN B. WAGNER
United States Attorney
DEBORAH L. STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
THEOPHOUS H. REAGANS, CSBN 189450
Special Assistant United States Attorney

    160 Spear Street, Ste. 800
    San Francisco, CA 94105
    Telephone: (415) 977-8938
    Facsimile: (415) 744-0134
    Email: theophous.reagans@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRIN DUNSTON,<br><br>    Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant.<br>_____ | No. 2:12-CV-00650-KJN<br><br>ORDER RE STIPULATION TO<br>EXTEND BRIEFING SCHEDULE |

      The parties stipulate and agree, subject to the Court's approval, that the schedule in this case be amended as follows: The parties respectfully ask that the Court extend Defendant's time to file an Advisory Response to Plaintiff's Motion for 406(b) Attorney's Fees from January 15, 2016 to January 25, 2016. This stipulation is necessary

because Defendant's Counsel has been on leave due emergency family matters and illness.  Counsel had to travel to the East Coast because of the death and funeral of his aunt during the month of December.  Counsel had to take additional time off and travel to Southern California to attend to the medical needs of his gravely ill sister during the month of January.  Counsel has been on medical leave due to his own illness.  Counsel apologizes to the Court for the delay in filing this advisory response.

     The parties request this extension in good faith, with no intent to prolong proceedings unduly.  Defendant apologizes for any inconvenience caused by this delay.

Dated: January 25, 2016          /s/  Joseph C. Fraulob
                                 (email authorization)
                                 JOSEPH C. FRAULOB
                                 Attorney for Plaintiff


Dated: January 25, 2016          BENJAMIN B. WAGNER
                                 United States Attorney
                                 THEOPHOUS H. REAGANS


                            By:  /s/ Theophous H. Reagans
                                 THEOPHOUS H. REAGANS
                                 Special Assistant United States Attorney
                                 Attorneys for Defendant

**ORDER**

     APPROVED AND SO ORDERED.  The January 25, 2016 advisory response is deemed timely filed, and the matter is submitted for decision, with a written order to follow.

Dated:  January 27, 2016

                                 _____
                                 KENDALL J. NEWMAN
                                 UNITED STATES MAGISTRATE JUDGE